UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MELINDA P. JEFFERSON.,

                        Plaintiff,

- vs -

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR INCORPORATED,

                        Defendants.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 SEP 23 PM 12: 18

CLERK
BY _____ LAW _____
DEPUTY CLERK

Case No.
2:20-cv-00050-cr

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    Having considered the Joint Stipulation of Dismissal without Prejudice of the Plaintiff, Melinda P. Jefferson, and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff, Melinda P. Jefferson are dismissed <u>without</u> prejudice as to all claims against all Defendants, and the parties are to bear their own costs.

Dated this 23rd day of September, 2021.

_____
Hon. Christina Reiss
U.S District Judge